IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSE LUIS ORTIZ,**
    **Plaintiff,**

vs.                                        Case No. 5:10cv54/RS/MD

**FEDERAL PRISONS CAMP,**
    **Defendant.**
_____

# O R D E R

Plaintiff, a prisoner proceeding *pro se*, initiated this action by filing a document entitled "Official Request for Extension of Time and Where About the Injury at Facts by Medical Negligence Petitioner Under the Federal Rules of Civil Procedure under Federal Civil Title 28 U.S.C. 1654." (Doc. 1).[1] Plaintiff did not submit a filing fee or motion to proceed *in forma pauperis*. In the body of plaintiff's "request," he alleges that his administrative tort claim was denied on October 8, 2009, that he has six months from that date to file suit under the Federal Tort Claims Act ("FTCA"), and that he has been without his legal property since February 7, 2010. (Doc. 1, p. 1). As relief, he seeks an unspecified extension of time in which to file an FTCA complaint.

Under 28 U.S.C. § 2401(b), there is a six-month limitations period for filing an FTCA claim – an action must be commenced within six months after the date on which the agency mailed notice of its final denial of the claim. Until a complaint is filed, this court lacks jurisdiction to consider its timeliness or whether any exceptions to the statute of limitations may apply. The court will therefore direct the Clerk to send plaintiff an FTCA complaint form, so that he may file his complaint. *See* N.D. Fla. Loc. R. 5.1(J)(2) (providing

---

[1] Title 28 U.S.C. § 1654 provides that a party may plead and conduct his own case personally or by counsel.

that the court will not accept for consideration a *pro se* complaint filed under 28 U.S.C. § 1331 or § 1346 unless the appropriate form is properly completed, signed, and filed by the litigant). Due to the six-month time limitation, plaintiff should file his complaint as quickly as possible.

Additionally, plaintiff has neither paid the $350.00 filing fee nor applied for leave to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he either pays the filing fee or files a complete application to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in plaintiff's inmate trust account for the six-month period immediately preceding the filing of his complaint).

Accordingly, it is ORDERED:

1. Plaintiff's request/motion for extension of time (doc. 1) is DENIED as premature.

2. The Clerk of Court shall forward to plaintiff a civil complaint form for use in actions under 28 U.S.C. § 1331 or § 1346, and a form application to proceed *in forma pauperis*. This case number should be written on the forms.

3. If plaintiff intends to file suit under the FTCA, he must complete and file the complaint form <u>and</u> either pay the filing fee or submit a completed *in forma pauperis* application.

4. If there is no activity in this file within ninety (90) days, the Clerk shall refer the file to chambers.

DONE AND ORDERED this 19th day of March, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**