IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOSE LUIS ORTIZ,**

    **Plaintiff,**

vs.                                      **CASE NO. 5:10-cv-54/RS-CJK**

**FEDERAL PRISON CAMP, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 17). Plaintiff has not filed objections.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

3. The clerk is directed to close the file.

**ORDERED** on September 19, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**